**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

March 11, 2013

**VIA ECF**
The Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:**   **Granovetter v. GC Services**
          **12 CV 4703 (RJD) (CLP)**

Dear Magistrate Judge Pollak:

I represent the plaintiff in the above matter.  Your Honor has scheduled a conference for tomorrow morning at 9:00 a.m.  I am pleased to report that the matter settled within the past hour.  Therefore, we request that the conference be adjourned.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc:   Concepcion A. Montoya, Esq.