UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL GRANOVETTER on behalf of himself and all others similarly situated, | 12-cv-4703 (RJD)(CLP) |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| - against - | |
| GC SERVICES LIMITED PARTNERSHIP, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the plaintiff, DANIEL

GRANOVETTER, and defendant GC SERVICES LIMITED PARTNERSHIP, that the above-entitled

action is hereby dismissed with prejudice, and without attorney's fees and costs against any party,

pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Court hereby retains jurisdiction

solely for purposes of enforcement.

Dated: New York, New York
        April 12, 2013

ADAM J. FISHBEIN, P.C.                          HINSHAW & CULBERTSON LLP
*Attorneys for Plaintiff Daniel Granovetter*    *Attorneys for Defendant GC Services*
                                                *Limited Partnership*

By: *s/ Adam J. Fishbein*                       By: *s/Concepcion A. Montoya*
        Adam J. Fishbein, Esq. (AF-9508)               Concepcion A. Montoya. (CM-7147)

483 Chestnut Street                             780 Third Avenue, 4th Floor
Cedarhurst, New York 11516                      New York, New York 10017-2024
Tel: (516) 791-4400                             Tel: (212) 471-6200
Fax: (516) 791-4411                             Fax: (212) 935-1166

                                                SO ORDERED                    /

                                                /s/ Judge Raymond J. Dearie

                                                HON.
                                                UNITED STATES DISTRICT JUDGE
                                                4/15/13

                                                                    130555967 0939502